TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: troehrs@littler.com

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE P. FRANCO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES; UNIVERSITY OF PHOENIX,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01002-JCM-CWH<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THE UNIVERSITY OF PHOENIX, INC. TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff JOE P. FRANCO (hereinafter, "Plaintiff") and Defendant THE UNIVERSITY OF PHOENIX, INC. (hereinafter, "Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the current deadline of June 27, 2018 up to and including **July 11, 2018**.

　　　　This extension is being requested in order to give Defendant necessary additional time to look into Plaintiff's allegations and conduct the required diligence necessary to prepare and file its response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 26, 2018

Respectfully submitted,

/s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
HAINES & KRIEGER, LLC

Attorney for Plaintiff
JOE P. FRANCO

Dated: June 26, 2018

Respectfully submitted,

/s/ *Timothy W. Roehrs*
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: June 27, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:155512556.3 073540.1000

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.