TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: troehrs@littler.com

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOE P. FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES; UNIVERSITY OF PHOENIX,<br><br>Defendant. | Case No. 2:18-cv-01002-JCM-CWH<br><br>[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THE UNIVERSITY OF PHOENIX, INC. TO FILE A RESPONSE TO THE COMPLAINT<br><br>[SECOND REQUEST] |

Plaintiff JOE P. FRANCO (hereinafter, "Plaintiff") and Defendant THE UNIVERSITY OF PHOENIX, INC. (hereinafter, "Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the current deadline of July 11, 2018 up to and including **August 1, 2018**

This extension is being requested in order to give Defendant necessary additional time to look into Plaintiff's allegations and conduct the required diligence necessary to prepare and file its response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 11, 2018

Respectfully submitted,

*/s/ David H. Krieger*
DAVID H. KRIEGER, ESQ.
HAINES & KRIEGER, LLC

Attorney for Plaintiff
JOE P. FRANCO

Dated: July 11, 2018

Respectfully submitted,

/s/ *Timothy W. Roehrs*
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: __July 13_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800