CHAD J. KALDOR, ESQ., Bar # 0079957
LITTLER MENDELSON, P.C.
21 East State Street
16th Floor
Columbus, OH 43215
Telephone: 614.463.4201
Fax No.: 614.221.3301
Email: ckaldor@littler.com

TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: troehrs@littler.com

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE P. FRANCO,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES;<br>UNIVERSITY OF PHOENIX,<br><br>        Defendants. | Case No. 2:18-cv-01002-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

      Plaintiff, JOE P. FRANCO and Defendant, The UNIVERSITY OF PHOENIX, INC. by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: October 15, 2018

Respectfully submitted,

/s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
HAINES & KRIEGER, LLC

Attorney for Plaintiff
JOE P. FRANCO

Respectfully submitted,

/s/ Timothy Roehrs
CHAD J. KALDOR, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: October 17, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:156815225.1 073540.1140

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.